UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 11-10326-NMG

UNITED STATES OF AMERICA

v.

MICHAEL J. MOLLER

ORDER

OCTOBER 3, 2012

BOWLER, U.S.M.J.

Based on the defendant's ongoing serious medical conditions, both physical and psychological, as documented in the medical report of Aaron S. Kesselheim, MD, JD, MPH, (Docket Entry # 59-2), the defendant's need for further medical evaluation and possible intervention and information provided by the United States Marshal's Service that the institution where the defendant is currently being housed cannot provide adequate medical care, it is hereby **ORDERED** the Bureau of Prisons designate that the defendant be assigned to an appropriate facility while awaiting resolution of the above captioned case. This court recommends that the defendant be designated to receive his evaluation and treatment at FMC Devens if at all possible.

/s/ Marianne B. Bowler USMJ
Marianne B. Bowler
UNITED STATES MAGISTRATE JUDGE

2