```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

CRIMINAL ACTION NO. 11-10326-NMG

**UNITED STATES OF AMERICA**

v.

**MICHAEL J. MOLLER**

<u>ORDER</u>

**OCTOBER 30, 2012**

**BOWLER, U.S.M.J.**

In reconsideration of this court's October 3, 2012 Order, the United States Marshals Service ("USMS") is directed to ensure that the defendant receives an assessment of his medical conditions and the appropriate treatment.  In the event the USMS is unable to secure such an assessment and followup treatment, if necessary, the USMS should relocate the defendant to an appropriate facility to provide care deemed medically necessary. The USMS is not required to relocate the defendant to a Bureau of Prisons facility.

                                    /s/ Marianne B. Bowler, USMJ
                                **Marianne B. Bowler**
                                **UNITED STATES MAGISTRATE JUDGE**